## DECLARATION OF ROBERT DEWITTY
## IN SUPPORT OF MOTION FOR A TEMPORARY RESTRAINING ORDER (TRO)

I, ROBERT M. DEWITTY, attorney for Plaintiff, declare as follows:

The following is true to my knowledge, except for matters alleged upon information and belief, and as to those matters, I also believe them to be true.

1. The STORAGE CONTAINER FOR GROCERY AND TRASH BAGS has achieved significant market success since 2022.

2. Defendant Internet Stores, as of the filing of this TRO, are still selling infringing and knock-off STORAGE CONTAINER FOR GROCERY AND TRASH BAGS, including in the State of Illinois.

3. Through significant efforts, we have been unable to locate the true identity of Defendants.

4. In my professional view as a former patent examiner and registered patent attorney who has prosecuted design patent applications, I believe the designs under U.S. patents US D1062,292 S (**292) are applicable to the designs of STORAGE CONTAINER FOR GROCERY AND TRASH BAGS.

5. In my analysis of Infringing, STORAGE CONTAINER FOR GROCERY AND TRASH BAGS, I have identified multiple Defendants operating multiple Defendant Internet Stores.

6. A sample of infringing products from Defendants' Internet Stores is shown in Exhibit B (sealed).

7. On information and belief, Defendants move funds from their Internet Store Accounts to accounts overseas.

8. I have reviewed the file wrappers for the **292 patents, and in my opinion, as a patent attorney and former patent examiner, the design was subjected to an extensive amount

of prior art comparison, with consideration applied using the 'ordinary observer' test.

9. It is my experience, in other similar cases, that Defendants do not provide accurate addresses of their businesses.

10. I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true, and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment.

Signed,

_____
Robert M. DEWITTY