IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DON ISAAC B. RAMOS,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A<br><br>Defendants. | Case No. **1:25-cv-9781**<br><br>**Judge Jorge L. Alonso**<br><br>**Magistrate Judge Daniel P. McLaughlin** |

**PRELIMINARY INJUNCTION ORDER**

Plaintiff DON ISAAC B. RAMOS ("Plaintiff Ramos) filed a Motion for Entry of a Preliminary Injunction against the against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and using at least the domain names identified in Schedule A (the "Defendant Domain Names") and the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS Plaintiff Ramos's Motion in part as follows.

This Court finds Plaintiff Ramos has provided notice to Defendants in accordance with the Temporary Restraining Order entered 10/2/2025, Dkt. No. 15 ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

This Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

consumers in the United States, including Illinois. Specifically, Plaintiff Ramos has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Plaintiff Ramos's Patentclaimed design (the "Plaintiff Ramos PatentPatent") to residents of Illinois. In this case, Plaintiff Ramos has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the Plaintiff Ramos PatentPatent. *See* Docket No.8 (under seal), which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the Plaintiff Ramos claimed design found in U.S. Pat. No. 1,062,292.Patent.]

    This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Plaintiff Ramos's previously granted Motion for Entry of a TRO establishes that Plaintiff Ramos has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff Ramos will suffer irreparable harm if the injunction is not granted.

    Specifically, Plaintiff Ramos has proved a *prima facie* case of design patent infringement because (1) the Plaintiff Ramos Patent Patent is valid, enforceable, and are registered with the U.S. Patent and Trademark Office, (2) Defendants are not licensed or

authorized to use any of the Plaintiff Ramos Patent, and (3) Defendants' use of the Plaintiff Ramos Patent claimed design is infringing Plaintiff Ramos' patent rights. Furthermore, Defendants' continued and unauthorized use of the Plaintiff Ramos Patent irreparably harms Plaintiff Ramos through damage to Plaintiff Ramos's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Plaintiff Ramos has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

   a. further infringing U.S. Design Patent D1062292;

   b. manufacturing, importing, distributing, offering for sale, or selling the any knock-off and copycat products, i.e., brush for animals and any colorable variations thereof (the "Infringing Products") into or within the United States and other territories;

   c. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, the Infringing Products; and

   d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plainitff to be sold or offered for sale, and which and infringe Plaintiff's patent.

   e.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. Upon Plaintiff Ramos's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc., ContextLogic Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff Ramos expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

   a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

   b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

   c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial

        institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, Wish.com, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4. Upon Plaintiff Ramos's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the Plaintiff Ramos Patent.

5. Any Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

    a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, , and any e-mail addresses provided for Defendants by third parties; and

    b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

6. Plaintiff Ramos may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to any e-mail addresses provided for Defendants by third parties. The combination of providing

    notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

7. Plaintiff's Pleading(s) Dkt. No. 1 and Exhibits B and Schedule A thereto Dkt. No. 6 and Dkt. No. 7, respectively[and the TRO Dkt. No. 15 are unsealed.

8. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

9. The $5000 bond posted by Plaintiff Ramos shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

                                            SO ORDERED:

                                            Jorge L. Alonso
                                            United States District Judge

Dated: October 30, 2025

SCHEDULE A

| **Online Marketplace Amazon.com** | | |
|---|---|---|
| **No.** | **Link** | **Seller** |
| 1 | https://www.amazon.com/dp/B0CNKC2H1D/ | shimeng20 |
| 2 | https://www.amazon.com/dp/B0CPPVLWDY/ | Toumpak |
| 3 | https://www.amazon.com/dp/B0CCJLVVL9/ | Y &Me |
| 4 | https://www.amazon.com/dp/B0CC1VRHVY | Okvpajdo |

| **Online Marketplace Temu.com** | | |
|---|---|---|
| **No.** | **Link** | **Seller** |
| 5 | https://www.temu.com/1-in-1-trash-bag-dispenser-wooden-garbage-bag-holder-wall-mounted-roll-holder-kitchen-organizer-home-decor-rectangular-shape-multipurpose-storage-box-for-home-kitchen-use-storage-trunks-for--storage-boxes-for-organizing-g-601100189847562.html?_oak_mp_inf=EIqgqdqo1ogBGh1nb29kc19hdWxzMDFfc29sZF9vdXRfc2ltaWxhciD83r3V7zI%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2Fbbd5d4b1-f443-41fd-93e7-aba67ca3df71.jpg&spec_gallery_id=601100189847562&refer_page_sn=10032&refer_source=10016&freesia_scene=25&_oak_freesia_scene=25&_oak_rec_ext_1=MTkwNg&_oak_gallery_order=1578285458%2C780739505%2C1840019847%2C841388964%2C1332938473&refer_page_el_sn=200970&refer_page_name=goods&refer_page_id=10032_1747962522676_73zwdc2pny&_x_sessn_id=hwg3zlp8sj | Butterfly Pisces |

7